# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE SLOBODIAN | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA et al | : | NO. 22-cv-831 |

## O R D E R

AND NOW, this 21st day of November 2024, with consent of all parties in the above-captioned matter, it is hereby **ORDERED** that Defendants CAPTAIN JASON SMTIH, LIEUTENANT DANIEL BROOKS and LIEUTENANT HAMILTON MARSHMOND are **DISMISSED** with prejudice.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE